# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE: 18-22770

DEBTOR(S)

ERIK HEBDON

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, the foregoing Trustee's Claims Report (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on February 21, 2019, I caused to be served a true and correct copy of the foregoing Trustee's Claims Report (Chapter 13) as follows:

Mail Service via the Noticing Center– By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Centers Certificate Of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| IN RE:<br>ERIK HEBDON<br><br>                    Debtor | CASE NO: 18-22770<br><br>Chapter 13<br><br>Hon. JOEL T. MARKER |
|---|---|

### TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on October 18, 2018, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Below is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before March 21, 2019, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before March 21, 2019, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 02/19/2019

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

| Claim No. | Creditor Name | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 2-2 | **AMERICA FIRST CREDIT UNION** | UNSECURED<br>11 NISSAN MAXIMA/P=PART S | $27,620.83 | $0.00 | Pro Rata | 0.00 |
| 8 | **EXPRESS RECOVERY SERVICES** | UNSECURED<br>ASSIGNMENT OF CREDITOR C | $592.56 | $0.00 | Pro Rata | 0.00 |
| 12 | **INTERMOUNTAIN HEALTH CARE** | UNSECURED<br>SERVICES PERFORMED | $9,444.77 | $0.00 | Pro Rata | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | JAIME G. RICHARDS | ATTORNEY FEE | $3,660.00 | $0.00 | Pro Rata | 0.00 |
| 3 | LIFT CREDIT, LLC fka 2 GUYS LOANS | UNSECURED MONEY LOANED | $2,269.17 | $0.00 | Pro Rata | 0.00 |
| 6 | MONEY 4 YOU/MR. MONEY | UNSECURED MONEY LOANED | $1,663.56 | $0.00 | Pro Rata | 0.00 |
| 7 | MONEY 4 YOU/MR. MONEY | UNSECURED MONEY LOANED | $1,011.91 | $0.00 | Pro Rata | 0.00 |
| 10 | MOUNTAIN AMERICA CREDIT UNIO | UNSECURED CHARGED OFF SAVINGS | $3,500.60 | $0.00 | Pro Rata | 0.00 |
| 11 | MOUNTAIN AMERICA CREDIT UNIO | UNSECURED MONEY LOANED | $338.00 | $0.00 | Pro Rata | 0.00 |
| 13 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $387.91 | $0.00 | Pro Rata | 0.00 |
| 1 | SFC-CENTRAL BK & RECOVERY DEI | UNSECURED MONEY LOANED | $803.00 | $0.00 | Pro Rata | 0.00 |
| 14 | US DEPARTMENT OF EDUCATION | UNSECURED STUDENT LOAN | $6,845.62 | $0.00 | Pro Rata | 0.00 |
| 9 | UTAH STATE TAX COMMISSION | PRIORITY (NO unsecd. interest) PRI TAX ASSESSED | $1,291.03 | $0.00 | Pro Rata | 0.00 |
| 9 | UTAH STATE TAX COMMISSION | UNSECURED UNS TAX ASSESSED | $181.00 | $0.00 | Pro Rata | 0.00 |
| 5 | WEBER STATE UNIVERSITY BURSAF | UNSECURED UNSECURED | $2,290.40 | $0.00 | Pro Rata | 0.00 |
| 4 | WHARTHOG VENTURES LLC | UNSECURED SHORT TERM INSTALLMENT I | $1,301.32 | $0.00 | Pro Rata | 0.00 |

```
                              United States Bankruptcy Court
                                     District of Utah
In re:                                                              Case No. 18-22770
ERIK HEBDON                                                         Chapter 13
         Debtor               CERTIFICATE OF SERVICE

District/off: 1088-c          User: 563             Page 1 of 3           Date Rcvd: Feb 20, 2019
                              Form ID: TROC         Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Feb 21, 2019.
db            ERIK HEBDON,    296 N 2000 W,    WEST POINT, UT 84015-8026
1             AMERICA FIRST CREDIT UNION,    PO BOX 9199,    OGDEN, UT 84409-0199
3             BONNEVILLE COLLECTION,    PO BOX 150621,    OGDEN, UT 84415-0621
4             BRIGHAM CITY COMMUNITY HOSPITAL,    RESURGENT CAPITAL SERVICES,    PO BOX 1927,
               GREENVILLE, SC 29602-1927
5             CHECK CITY,    COLLECTION DEPT.,    PO BOX 970183,    OREM, UT 84097-0183
6            +CHECK$MART,    6785 BOBCAT WAY STE 300,    DUBLIN OH 43016-1443,    USPS CHANGE 43016-1443
7             COMMON CENTS FOOD STORES 259,    3568 WALL AVE,    OGDEN, UT 84401-4013
8             CONVINIENT LOAN,    2260 WASHINGTON BLVD,    OGDEN, UT 84401-1410
9             EXPRESS RECOVERY SERVICES,    2790 S DECKER LAKE DR,    WEST VALLEY CITY, UT 84119-2057
10            FEDLOAN SERVICING,    PO BOX 60610,    HARRISBURG, PA 17106-0610
11            FINGERHUT,    PO BOX 166,    NEWARK, NJ 07101-0166
12            GENTRY FINANCE CORP.,    1829 W 3500 S,    WEST VALLEY CITY, UT 84119-3435
13            INTERMOUNTAIN HEALTHCARE,    PO BOX 27808,    SALT LAKE CITY, UT 84127-0808
14            INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
15            JAIME G. RICHARDS,    RICHARDS, BRINLEY & RICHARDS LAW GROUP,    289 24TH STREET,   SUITE 101,
               OGDEN, UT 84401-1494
16            JENSEN & SULLIVAN,    PO BOX 150612,    OGDEN, UT 84415-0612
17            KNIGHT ADJUSTMENT BUREU,    404 E 4500 S # A34,    SALT LAKE CITY, UT 84107-2710
18            KROGER CHECK RECOVERY CENTER,    PO BOX 30650,    SALT LAKE CITY, UT 84130-0650
19            LAW OFFICE OF DUSTEN L HEUGLY, PLLC,    PO BOX 970098,    OREM, UT 84097-0098
20            LIFT CREDIT,    3214 N UNIVERSITY AVE # 601,    PROVO, UT 84604-4405
21            LOAN NOT SHARKS,    623 S AMERICANA BLVD,    BOISE, ID 83702-6732
22            LOYAL LOANS,    5360 S 1900 W STE B6,    ROY, UT 84067-3005
23            MCKAY DEE HOSPITAL,    4401 HARRISON BLVD,    OGDEN, UT 84403-3195
24            MONEY 4 YOU,    MR. MONEY / MONEY 4 YOU,    1858 W 5150 S #503,    ROY, UT 84067-3063
25            MORRISON & MURFF PLLP,    290 25TH ST STE 102,    OGDEN, UT 84401-2668
26            MOUNTAIN AMERICA CREDIT UNION,    735 S. STATE ST. 3RD FLOOR,    SALT LAKE CITY, UT 84111-3821
27            MOUNTAIN LOAN CENTERS INC,    PO BOX 911731,    SAINT GEORGE, UT 84791-1731
28            MR MONEY,    4876 S 1900 W,    ROY, UT 84067-2921
29            OUTSOURCE RECEIVABLES MG,    PO BOX 166,    OGDEN, UT 84402-0166
30            SECURITY FINANCE CORP,    PO BOX 3146,    SPARTANBURG, SC 29304-3146
31            SFC CENTRAL BANKRUPTCY,    PO BOX 1893,    SPARTANBURG, SC 29304-1893
32            SPRING,    3939 S WASATCH BLVD STE 1,    SALT LAKE CITY, UT 84124-2221
33            STATE OF UTAH,    DEBT COLLECTION,    PO BOX 141001,    SALT LAKE CITY, UT 84114-1001
34            U.S. DEPARTMENT OF EDUCATION,    C/O FEDLOAN SERVICING,    P.O. BOX 69184,
               HARRISBURG, PA 17106-9184
36            UTAH STATE TAX COMMISSION,    210 N 1950 W,    SALT LAKE CITY, UT 84134-9000
37            WEBER STATE UNIVERSITY,    BURSAR & COLLECTION SERVICES,    3850 DIXON PARKWAY DEPT 1023,
               OGDEN, UT 84408-1023
38            WHARTHOG VENTURES,    623 S AMERICANA BLVD,    BOISE, ID 83702-6732

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2             AMERICA FIRST FEDERAL CREDIT UNION
35            UHEAA LPP LOAN SERVICING,    PO BOX 510407,    RETURNED MAIL--99999
                                                                                        TOTALS: 2, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-c           User: 563                    Page 2 of 3                    Date Rcvd: Feb 20, 2019
                               Form ID: TROC                Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 21, 2019**              **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-c              User: 563                    Page 3 of 3                    Date Rcvd: Feb 20, 2019
                                  Form ID: TROC                Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
```
nef          LON JENKINS TR
nef          UNITED STATES TRUSTEE
                                                                                              TOTAL: 2
```